AO 442   (Rev. 10/03)   Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

ZEL TISBY

**WARRANT FOR ARREST**

Case Number: CR 96-141-1 (JHR)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ZEL TISBY
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with    (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title ___18___ United States Code, Section(s) ___3606___

HON. JOSEPH H. RODRIGUEZ
Name of Issuing Officer

*(Signature of Issuing Officer)*

**UNITED STATES DISTRICT JUDGE**
Title of Issuing Officer

01/07/2021   CAMDEN, NEW JERSEY
Date and Location

*[Clerk stamp: 2021 JAN 26 P 12:27 U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED]*

AO 442      (Rev. 10/03)   Warrant for Arrest

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/1/2021 | DUSM Altman | /s/ |

DATE OF ARREST  1/25/2021

AO 442      (Rev. 12/85)   Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH:

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____